1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar 7149
2  RASMUSSEN & KANG
   330 South 3rd Street, Suite 1010
3  Las Vegas, Nevada 89101
   (702) 464-6007
4
                    **UNITED STATES DISTRICT COURT**
5                       **DISTRICT OF NEVADA**

6  UNITED STATES OF AMERICA,

7          Plaintiff,                          Case No. 2:11-cr-00216-PMP-LRL

8  v.                                      **MOTION TO SEAL DOCKET NUMBER**
                                              **6 TO REDACT EXHIBITS**
9  BRYAN EGAN,

10         Defendant.

11

12         Defendant, BRYAN EGAN, by and through his attorney, CHRIS T. RASMUSSEN,

13  ESQ., comes before the Court requesting that Docket No. 6 is sealed to redact exhibits that

14  contain personal identifiers.

15         DATED this 5th day of July, 2011.

16                                          Respectfully submitted

17

18                                          _____/s/_____
                                            CHRIS THOMAS RASMUSSEN
19
                                            Nevada Bar 7149
20                                          RASMUSSEN & KANG
                                            330 South 3rd Street, Suite 1010
21                                          Las Vegas, Nevada 89101
                                            (702) 464-6007
22

23

24

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

A Motion to Suppress [DK 6] was filed on July 3, 2011, that contained an exhibit with personal identifiers that were not redacted.  We therefore request that this document be sealed and a redacted motion will be filed subsequent.

DATED this 5th day of July, 2011.

Respectfully submitted


_____/s/_____
CHRIS THOMAS RASMUSSEN

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____7-7-11_____