**FILED**
JAN 0 6 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-216-PMP (VCF) |
| ) | |
| BRYAN J. EGAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On January 6, 2012, defendant Bryan J. Egan pled guilty to Counts One through Thirteen of a Thirteen-Count Criminal Indictment charging him in Counts One through Twelve with Wire Fraud in violation of Title 18, United States Code, Section 1343 and in Count Thirteen with Bank Fraud in violation of Title 18, United States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and the Plea Memorandum. Docket #1.

This Court finds that Bryan J. Egan shall pay a criminal forfeiture money judgment of $2,898,883.22 ~~$3,892,657.22~~ in United States Currency to the United States of America for Counts One through Twelve, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2   States recover from Bryan J. Egan a criminal forfeiture money judgment in the amount of

3   $2,898,883.22 ~~$3,892,657.22~~ in United States Currency.

4   DATED this _____ day of _____, 2012.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE