**FILED**

APR    2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> BRYAN J. EGAN, <br><br> Defendant. | 2:11-CR-216-PMP (VCF) |

## ORDER OF FORFEITURE

This Court found on January 6, 2012, that BRYAN J. EGAN shall pay a criminal forfeiture money judgment of $2,898,883.22 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #32.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRYAN J. EGAN a criminal forfeiture money judgment in the amount of $2,898,883.22 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this \_\_\_\_ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE