UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | ) | 2:11-CR-00216-PMP-VCF |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BRYAN J. EGAN, | ) | |
| Defendant. | ) | |

Having read and considered Defendant Egan's Letter/Motion for Production of Discovery (Doc. #37), and the Government's Opposition thereto (Doc. #39), and good cause appearing,

**IT IS ORDERED** that Defendant Egan's Letter/Motion for Production of Discovery (Doc. #37) is DENIED.

DATED: February 19, 2014.

_____
PHILIP M. PRO
United States District Judge