# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>BRYAN J. EGAN,<br>  Defendant. | Case No. 2:01-CR-00240-KJD-PAL<br>2:11-CR-00216-KJD-VCF<br><br>**ORDER** |

Presently before the Court are Defendant's Motions Requesting the Court Suspend Restitution and Court Assessment and Fines Pending Release (#79/41) filed in the cases above respectively. The Government filed responses in opposition (#80/43).

Defendant was ordered to pay his restitution and at the rate of 33% of his earnings while incarcerated (for 137 months in 2:11-CR-00216-KJD-VCF which runs consecutive to his revocation in 2:01-CR-00240-KJD-VCF). Restitution orders are enforced in accordance with 18 U.S.C. § 3664. However, Defendant does not meet any of the criteria cited by that section and he has not cited any authority for his request. To the extent that he is arguing that a material change has affected his ability to pay restitution, Defendant has not met his burden in establishing a material change.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motions Requesting the

Court Suspend Restitution and Court Assessment and Fines Pending Release (#79/41) are **DENIED**.

Dated this 17th day of May, 2018.

_____
Kent J. Dawson
United States District Judge