UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN J. EGAN,<br><br>Defendant. | Case No. 2:11-cr-00216-KJD-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Compassionate Release Supplement deadline currently scheduled for Tuesday, January 19, 2021, be vacated and continued to  Tuesday, February 2, 2021            .

IT IS FURTHER ORDERED that the Government's Response to the Supplement for Compassionate Release be due fourteen (14) days after the filing of Defendant's Motion.

DATED this 21st day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3