Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 19, 2022**

Name of Offender: **Bryan Egan**

Case Number:  **2:11CR00216**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **April 9, 2012**

Original Offense: **Wire Fraud and Bank Fraud**

Original Sentence: **137 Months prison, followed by 50 Months TSR.**

Date Supervision Commenced: **January 20, 2022**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

**CAUSE**

On April 9, 2012, Egan was sentenced to 137 months custody, followed by 50 months supervised release for committing the offenses of Wire Fraud and Bank Fraud. Supervised release will commence on January 20, 2022.

Egan was recently released from the Bureau of Prisons early after a calculation stemming from the First Step Act. Due to his sudden release, a residence has not been established and Egan will ultimately be homeless upon his release.

**RE: Bryan Egan**

Prob12B
D/NV Form
Rev. June 2014

It is respectfully requested that a placement of up to 90 days at the Residential Reentry Center (RRC) be added to his conditions of supervision to circumvent homelessness. Egan is in agreement with the addition of this conditions as witnessed by his signature on the attached waiver.

Should you have further questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Brianna King    Digitally signed by Brianna King
                Date: 2022.01.19
                11:17:59 -08'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.01.19
11:16:41 -08'00'

Brian Blevins
Supervisory United States Probation Officer

**RE: Bryan Egan**

Prob12B
D/NV Form
Rev. June 2014

## *THE COURT ORDERS*

☐     No Action.

☐     The extension of supervision as noted above.

☒     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_1/21/2022_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____
U.S. Probation Officer
Case Manager

Signed _____
Probationer or Supervised Releasee

Date 1-19-22